UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 SEP -4 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '08 MJ 2721 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Oscar RIVERA-Ochoa,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **September 3, 2008** within the Southern District of California, defendant, **Oscar RIVERA-Ochoa,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF **SEPTEMBER, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

DOA 09/03/08

CONTINUATION OF COMPLAINT:
**Oscar RIVERA-Ochoa**

## PROBABLE CAUSE STATEMENT

On September 3, 2008, at approximately 3:10 a.m., CBP Marine Interdiction Agents (MIA) were conducting routine patrol and encountered a vessel 1/8 of a mile west of Mission Bay jetty. MIA vessel approached the suspect vessel in a marked CBP Marine vessel with the purpose of conducting a document check on the vessel, later identified as a 24' Maxum. Agent Frith maneuvered the marked CBP vessel next to the suspect vessel and identified himself to the operator of the suspect vessel as a Customs and Border Protection Agent and asked who the owner of the vessel was. The operator stated that he didn't know. Agent Frith asked the operator how many individuals he had on board, and the operator stated "two". During questioning operator tried to maneuver his vessel away from the marked CBP vessel in an attempt to avoid MIA Agents from seeing inside the cabin. Agent Frith noticed a second subject standing in front of the cabin door and not in any of the many seats available on the vessel. Agent Frith and Border Patrol Agent Curtis boarded the vessel and encountered 13 individuals crammed inside the cabin space of the vessel. All subjects inside the cabin space were determined to be undocumented aliens from Mexico.

On September 3, 2008, at approximately 3:25 a.m. Border Patrol Agent A. Curtis identified himself as a United States Border Patrol Agent. Agent Curtis questioned the subject, later identified as the defendant **Oscar RIVERA-Ochoa**, as to his identity and his immigration status. The subject stated that his name was Oscar RIVERA-Ochoa. Agent Curtis asked RIVERA about his citizenship and nationality. RIVERA stated that he was born in Michoacan, Mexico. Agent Curtis questioned RIVERA if he had any immigration documents that would allow him to enter or remain in the United States legally. RIVERA stated that he did not.

On September 3, 2008, at approximately 3:30 a.m., all the subjects from the vessel including RIVERA were placed under arrest and transported to the Imperial Beach Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 29, 2005** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. He stated he understood his rights, and was willing to answer questions without the presence of an attorney. The defendant admitted that he is a citizen and national of Mexico, illegally present in the United States, with no immigration documents that would allow him to enter or remain in the United States legally. RIVERA stated he was born in Lazaro Cardenas, Michoacan, Mexico. RIVERA stated he was deported in 2001.